IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:18-cv-01272 (CKK) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ANSWER AND DEFENSES

Defendant, the United States Department of Transportation ("DOT" or "Defendant"), hereby answers the claims brought under the Freedom of Information Act ("FOIA") as follows:

### FIRST DEFENSE

Defendant reserves the right to amend this Answer to assert any other matter that constitutes an avoidance or affirmative defense under Federal Rule of Civil Procedure 8(c).

### SECOND DEFENSE

Any relief is limited to that provided for in 5 U.S.C. § 552(a)(4)(B).

### THIRD DEFENSE

Plaintiff is not entitled to compel the production of responsive records protected from disclosure by one or more of the exemptions or exclusions to FOIA, 5 U.S.C. § 552, or the Privacy Act, 5 U.S.C. § 552a.

## FOURTH DEFENSE

As to some or all of the claims asserted in this action, Plaintiff has failed to state a claim upon which relief may be granted under FOIA.

## FIFTH DEFENSE

Plaintiff is not entitled to attorneys' fees or costs.

## SIXTH DEFENSE

Defendant has conducted adequate searches in response to the underlying requests under FOIA, 5 U.S.C. § 552, as amended, or otherwise is in the process of completing searches and releases of non-exempt, responsive records, or segregable portions thereof. Defendant further avers that some or all of the requested records may be exempt, in full or in part, from release under FOIA exemptions.

## SEVENTH DEFENSE

Defendant denies each and every allegation contained in the Complaint except as may have been expressly admitted herein. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.

# COMPLAINT[1]

1. The allegations in Paragraph 1 constitute Plaintiff's characterization of its case and the nature of the action to which no response is required. To the extent that a response is required, Defendant admits only that Plaintiff filed its Complaint purporting to bring claims under FOIA. Defendant avers that the statutes cited speak for themselves and respectfully refers the Court to those statutes for a full and accurate description of their contents.

## JURISDICTION AND VENUE

2. This paragraph contains conclusions of law, to which no response is required. To the extent that a response is deemed necessary, Defendant admits only that this Court has jurisdiction subject to the limitations of FOIA. Defendant further avers that the statutes cited speak for themselves.

3. This paragraph contains conclusions of law, to which no response is required. To the extent that a response is deemed necessary, Defendant admits only that venue is proper in the judicial district. Defendant further avers that the statutes cited speak for themselves.

4. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

## PARTIES

5. Defendant lacks knowledge or information sufficient to admit or deny the allegations contained in Paragraph 5.

---

[1] Merely for ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

6. Admit that DOT is a department of the executive branch of the U.S. Government headquartered in Washington, DC. The remaining allegations in Paragraph 6 contain conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

## STATEMENT OF FACTS

7. Admit that Plaintiff submitted a FOIA request to DOT dated January 10, 2018. Defendant avers that the request speaks for itself and respectfully refers the Court to the request for a full and accurate statement of its contents.

8. This paragraph contains a description of Plaintiff's FOIA request. Defendant avers that the request speaks for itself and respectfully refers the Court to the request for a full and accurate statement of its contents.

9. Admit.

10. Admit.

*Exhaustion of Administrative Remedies*

11. Admit that as of May 31, 2018, DOT has not notified Plaintiff of a final determination regarding its FOIA request and has not produced all requested records. The remaining allegations in Paragraph 11 contain conclusions of law to which no response is required.

12. This paragraph contains conclusions of law to which no response is required.

## COUNT I
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Searches for Responsive Records**

13. Defendant incorporates its responses to Paragraphs 1-12.

14. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

15. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

16. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

17. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

18. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

### COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Records

19. Defendant incorporates its responses to Paragraphs 1-18.

20. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

21. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

22. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

23. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

24. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

25. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, deny.

## REQUESTED RELIEF

The remainder of Plaintiff's Complaint contains Plaintiff's "Requested Relief" to which no response is required. To the extent that this paragraph may be deemed to contain factual allegations, they are denied.

WHEREFORE, having fully answered, Defendant requests judgment and relief against Plaintiff as follows:

a) that the claims against Defendant are dismissed with prejudice and that Plaintiff takes nothing and is granted no relief;

b) that Defendant be awarded its costs and disbursements incurred in defending this matter; and

c) such other and further relief to which Defendant is entitled.

Dated: July 5, 2018                     Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Email: Scott.Sroka@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2018, that service of the foregoing **Defendant's Answer** has been made on counsel of record through the Court's ECF system.

/s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7113
Email: Scott.Sroka@usdoj.gov