IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. 18-cv-1272 (CKK) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF TRANSPORTATION ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On December 27, 2018, this Court granted Defendant's motion for a stay the deadline for filing a joint status report in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, funding was restored through February 15, 2019 for the Department of Justice, and the Department resumed its usual civil litigation functions. Pursuant to the Court's order, the deadline for the parties to file a joint status report should be extended by thirty-five days. Accordingly, the parties will submit a joint status report on or before on or before February 6, 2019.

Dated: January 28, 2019                     Respectfully submitted,

 /s/ Daniel A. McGrath                      JOSEPH H. HUNT
Daniel A. McGrath                            Assistant Attorney General
D.C. Bar No. 1531723
Cerissa Cafasso                              MARCIA BERMAN
D.C. Bar No. 1011003                         Assistant Branch Director
AMERICAN OVERSIGHT                           Federal Programs Branch
1030 15th Street NW, B255
Washington, DC 20005                         /s/ Bradley P. Humphreys
(202) 897-4213                               BRADLEY P. HUMPHREYS

daniel.mcgrath@americanoversight.org
cerissa.cafasso@americanoversight.org

*Counsel for Plaintiff*

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0878
Facsimile: (202) 616-8470
Bradley.Humphreys@usdoj.gov

*Counsel for Defendant*