# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION,<br><br>       Defendant. | Civil Action No. 18-1272 (CKK) |

**ORDER**
(January 11, 2022)

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [22] Motion for Summary Judgment is **GRANTED**. It is further

**ORDERED**, that Plaintiff's [24] Cross-Motion for Summary Judgment is **DENIED**.

**SO ORDERED**.

**This is a final appealable order.**

Dated: January 11, 2022

                                                                              /s/<br>
                                                        COLLEEN KOLLAR-KOTELLY<br>
                                                        United States District Judge